IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01035-PAB-KMT | Date: | September 14, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*　　　　　　　　　　　　　　　　　　　　*Counsel:*

JUSTIN J. JULIUS,　　　　　　　　　　　　　　　James Cox

　　Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware　　Alice De Stigter
corporation,

　　Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**2:00 p.m.**　　**Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regard witness Robert Hosutt.

**ORDERED:  Plaintiff's Motion to Strike Endorsement of Robert M. Hosutt (Defendant's Supplemental Disclosures Pursuant to F.R.C.P. 26(a)(C)(i)(ii)(sic)) [32] is GRANTED.  Robert Hosutt will not be permitted to testify as an expert.**

**2:15 p.m.**　　**Court in recess.**

Hearing concluded.
Total in-court time　00:15

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.